No. 6211.—Garriga, aplda., v. Medina, aplte.—C. D. San Juan. ▇▇▇▇▇▇▇ Diciembre 15, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada solicita la desestimación del recurso porque interpuesto el 19 de mayo de 1932 se fueron solicitando pró-

rrogas para perfeccionarlo venciendo la última obtenida el 6 de octubre último sin que desde entonces haya hecho el apelante ninguna nueva gestión; y

POR CUANTO, notificada la parte apelante de la moción nada alegó por escrito, dejando de comparecer a la vista de la misma celebrada el 12 de diciembre actual;

POR TANTO, de acuerdo con la ley, el reglamento y la jurisprudencia aplicables, se desestima, por abandono, el recurso.